Platzer, Swergold, Karlin, Levine,
 Goldberg & Jaslow, LLP
*Attorneys for Citibank, NA*
1065 Avenue of the Americas, 18th Floor
New York, New York 10018
(212) 593-3000
Scott K. Levine, Esq.
Clifford A. Katz, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
In re:

Next Generation Technology, Inc.

         Debtor.
--------------------------------------------------------x

Chapter 11

Case No.: 10-11416(JMP)

## NOTICE OF APPEARANCE

  **PLEASE TAKE NOTICE**, that the undersigned hereby enters this Notice of Appearance as counsel for Citibank, NA, and demands, pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010(b), that all notices given or required to be given in this bankruptcy case and all papers served or required to be served in this case be given to and served upon:

> Platzer, Swergold, Karlin, Levine, Goldberg & Jaslow, LLP
> Counsel for Citibank, NA
> 1065 Avenue of the Americas, 18th Floor
> New York, New York 10018
> Attn: Scott K. Levine, Esq.
> Attn: Clifford A. Katz, Esq.
> Telephone: 212-593-3000
> Facsimile: 212-593-0353
> slevine@platzerlaw.com
> ckatz@platzerlaw.com

  **PLEASE TAKE FURTHER NOTICE**, that the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation,

orders and notices of any application, motion, petition, pleading, request, complaint, demand, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, electronic mail or otherwise: (1) which affect or seek to affect in any way the rights or interests of Citibank, NA with respect to (a) the Debtor's bankruptcy estate; (b) property or proceeds thereof in which the Debtor's bankruptcy estate may claim an interest; or (2) which require or seek to require any act, delivery of any property, payment or other conduct by the Debtor's bankruptcy estate.

Dated: New York, New York
      March 26, 2010

                                    Platzer, Swergold, Karlin, Levine,
                                    Goldberg & Jaslow, LLP
                                    *Attorneys* for Citibank , NA
                                    By: */s/ Clifford A. Katz*
                                          Clifford A. Katz
                                          1065 Avenue Of The Americas
                                          New York, New York 10018
                                          Tel.: (212) 593-3000
                                          Fax: (212) 593-30353
                                          ckatz@platzerlaw.com