**DWYER & ASSOCIATES LLC**
*Attorneys for Debtor*
11 Broadway, Suite 615
New York, NY 10004
Tel: (212) 203-4965
Email: dhamilton@dwyerlawnyc.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In Re:

**NEXT GENERATION TECHNOLOGY, INC,**

Case No. 10-11416-jmp

In Proceeding for
Reorganization Under
Chapter 11

Debtor and Debtor in Possession

------------------------------------------------------------x

## NOTICE OF MOTION OF THE DEBTOR FOR A FINAL ORDER (I) AUTHORIZING DEBTORS USE OF CASH COLLATERAL, (II) GRANTING ADEQUATE PROTECTION, AND <u>(III) MODIFYING THE AUTOMATIC STAY</u>

PLEASE TAKE NOTICE, that, upon the Motion of the Debtor for an Order (i) authorizing debtor's use of Cash Collateral (ii) Granting Adequate Protection, and (iii) Modifying the Automatic Stay (the "<u>Motion</u>") dated April 16, 2010, the Debtor will move at an adjourned hearing to be held before the Hon. James M. Peck at the United States Bankruptcy Court, SDNY, Alexander Hamilton Customs House, One Bowling Green, New York, NY 10004 on June 17, 2010 at 10:00 a.m. of said day, or as soon thereafter as counsel can be heard for an Order, 1) pursuant to sections 363(c)(2)(B). 363(e) and 361 of the Bankruptcy Code and Bankruptcy Rule 4001(b), authorizing the Debtor to use cash collateral and granting adequate protection to NCB, FSB, in the form of replacement liens and periodic payments.

PLEASE TAKE FURTHER NOTICE that responsive papers, if any, shall be filed with the Court in compliance with the Court's electronic filing system and served upon David S. Hamilton, Esq. at Dwyer & Associates LLC, 11 Broadway, Suite 615, New York, NY, 10004 Office of the United States Trustee, attn: Susan

Golden, Esq., Southern District of New York, 33 Whitehall Street, 21st. Floor, New York, NY 10004; with a courtesy copy delivered to the Hon. James M. Peck so as to be received no later than the date and time of the hearing.

    Dated: May 25, 2010
    New York, New York                       Respectfully submitted,

                                          /s/ David S. Hamilton
                                          David S. Hamilton
                                          DWYER & ASSOCIATES LLC
                                          *Attorneys for Debtor*
                                          11 Broadway, Suite 615
                                          New York, NY 10004
                                          Tel: (212) 203-4965
                                          E: dhamilton@dwyerlawnyc.com

DWYER & ASSOCIATES LLC
*Attorneys for Debtor*
11 Broadway, Suite 615
New York, NY 10004
Tel: (212) 203-4965
Email: dhamilton@dwyerlawnyc.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x     Case No. 10-11416-jmp
In Re:

**NEXT GENERATION TECHNOLOGY, INC,**

In Proceeding for
Reorganization Under
Chapter 11

               Debtor and Debtor in Possession
-----------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2010 I caused the following documents to be served upon all parties as listed below:

- **NOTICE OF MOTION OF THE DEBTOR FOR AN ORDER (I) AUTHORIZING DEBTORS USE OF CASH COLLATERAL, (II) GRANTING ADEQUATE PROTECTION, AND (III) MODIFYING THE AUTOMATIC STAY**

I further certify that on May 25, 2010, I caused a true, complete and correct copy of the Proceeding to be served via first class mail, postage prepaid and / or electronic mail, upon the parties listed below.

TO: SEE ATTACHED SERVICE LIST

Dated: May 25, 2010

                                                  /s/ David S. Hamilton
                                       **DWYER & ASSOCIATES L.L.C.**
                                                   David S. Hamilton
11 Broadway Suite 615  New York, NY, 10004
Tel: 212.203.4965 | Fax: 347.332.1737
Email: dhamilton@dwyerlawnyc.com

<u>Counsel for the Debtor</u>

Office of the United States Trustee
Southern District of New York, 33 Whitehall Street, 21st. Floor, New York, NY 10004

Debtor's 20 Largest Creditors

American Express PO Box 1270 Newark, NJ 07101-1270

American Solutions Inc. 1000 Commerce Drive Suite 102 Newark, DE 19715

Avalon Arlington Heights Customer Care Center Box IL004 2901 Sabre Street, Suite 100 Virginia Beach, VA 23452

California Franchise Tax Board PO Box 942857 Sacramento, CA 94257-0540

Capital Network Leasing Corp. 2600 West Olive Avenue 7th Floor Burbank, CA 91505

Chase Business PO Box 9001022 Louisville, KY 40290-1022

Citi Business, Attorneys: Clifford Katz, 1065 Avenue of the Americas, New York, NY 10018

Corporate Horizons Inc 73 Gates Lane Old Bridge, NJ 08857

Illinois Depoartment of Revenu Bankruptcy Section Chicago, IL 60664-0338

Indsoft Inc 3755 E. Main Street Suite 180 Saint Charles, IL 60174

Influx Info Solutions Inc PO Box 4738 Houston, TX 77210-4738

Intellisoft Technologies Inc 1425 Greenway Drive STE 580 Irving, TX 75038-2456

Internal Revenue Service Post Office Box 21126 Philadelphia, PA 19114-0326

New York State Department of Tax & Fin Bankruptcy Section PO Box 5300 Albany, NY 12205-0300

Nexage Technologies USA Inc 75 Lincoln Highway Suite 101 Iselin, NJ 08830

Oriental Solutions Inc 26419 Abbey Springs Ln Katy, TX 77494

Supportian Inc 175 Church St. Suite 301 Naugatuck, CT 06770

Technocorp 10635 Eric Ct Fishers, IN 46037

US Bank Manifest Funding Services PO Box 790448 Saint Louis, MO 63179-0448

Wise Men Consultants 1500 S. Dairy Ashford Suite 285 Houston, TX 7707