UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
In re:                                                    Chapter 11

NEXT GENERATION TECHNOLOGY, INC.,                         Case No. 10-11416 (JMP)


                              Debtor.
------------------------------------------------------------------------x

**NOTICE OF APPEARANCE AND
<u>REQUEST FOR SERVICE OF PAPERS</u>**

**PLEASE TAKE NOTICE** that the New York State Department of Taxation and Finance (the "Department"), by and through Daniel Smirlock, Deputy Commissioner and Counsel, by Judith Lynne Cohen, District Tax Attorney, appears in the above-captioned chapter 11 bankruptcy and requests that all papers in this case and related proceedings be served on the undersigned attorney at the address set forth below.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes service of all papers in this case and related proceedings, including but not limited, to petitions and schedules, motions, pleadings, requests and demands, complaints and answering papers, and all orders and notices of any applications, whether formal or informal, oral or written, or whether transmitted or conveyed by mail, personal delivery, telephone, facsimile, or electronic mail, which affects the Debtor or property of the Debtor, unless otherwise directed by this Court.

**PLEASE TAKE FURTHER NOTICE** that the Department does not intend this Notice of Appearance and Request for Service of Notices and Papers to waive any rights to which it may be entitled including, but not limited to: (i) its rights to have final matters in noncore matters entered only after <u>de</u> <u>novo</u> review by a District Judge; (ii) its rights to trial by jury in any

proceeding related to this case; (iii) its rights to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; and (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Department may be entitled under agreements, in law or equity, all of which rights, claims, actions, defenses, setoffs, or recoupments it expressly reserves.

Dated:  June 9, 2010
        New York, New York

           Respectfully Submitted,

           DANIEL SMIRLOCK
           DEPUTY COMMISSIONER AND COUNSEL
           NEW YORK STATE DEPARTMENT OF
           TAXATION AND FINANCE

          By:  /s/ Judith Lynne Cohen
             Judith Lynne Cohen
             District Tax Attorney
             New York State Dept. of Taxation and Finance
             1740 Broadway   16th Floor
             New York, New York  10019
             Tel: 212.459.7900
             Fax: 866.527.5341
             Judith_Cohen@tax.state.ny.us

## CERTIFICATE OF SERVICE

      I hereby certify that on June 9, 2010 I served a true and correct copy of the annexed NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS through the Court's ECF system to all parties on the service list who are registered ECF users and by U.S. first class mail to the following parties:


David Hamilton, Esq.
DWYER & ASSOCIATES, LLC
11 Broadway   Suite 615
New York, NY 10005

Susan D. Golden, Esq.
OFFICE OF THE UNITED STATES TRUSTEE
Southern District of New York
33 Whitehall Street   21st Floor
New York, New York  10004


Dated:  June 9, 2010
        New York, New York

                              /s/ JUDITH LYNNE COHEN
                                Judith Lynne Cohen