UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x   Case No. 10-11416-jmp
In re:

**NEXT GENERATION TECHNOLOGY, INC,**   Chapter 11

       Debtor and Debtor in Possession
------------------------------------------------------------x

## ORDER GRANTING INTERIM ALLOWANCE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon consideration of the application of Dwyer & Associates LLC ("Attorneys") for a first and interim allowance of compensation for services rendered and for reimbursement of expenses incurred as counsel to Next Generation Technology, Inc. (the "Debtor") from March 18, 2010 to August 25, 2010; and due and adequate notice of the application having been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(6) and c(2); and after due deliberation thereon; and sufficient cause having been shown herefor, it is hereby

**ORDERED** that the applications are granted to the extent set forth below:

1. Total compensation and expenses payable to Debtors counsel may be paid by the Debtor to Dwyer & Associates LLC in the amount of $22,246.81;

2. Debtors will not pay Attorneys more than $8,000 a month from cash collateral, based upon availability of Debtor's budget, as defined in the final cash collateral order signed on June 29, 2010 ("Final Cash Collateral Order");

3. Any payment of interim fees and reimbursements of expenses to Attorneys shall reduce the carve out in the Final Cash Collateral Order on a dollar for dollar basis.

Dated: New York, New York
      September 30, 2010                    *s/ James M. Peck*
                                             United States Bankruptcy Judge

I ASK FOR THIS:

/s/ David S. Hamilton
DAVID S. HAMILTON
DWYER & ASSOCIATES LLC
*Attorneys for Debtor*
11 Broadway, Suite 615
New York, NY 10004
Tel: (212) 203-4965
Email: dhamilton@dwyerlawnyc.com

SEEN AND NO OBJECTIONS

/s/ Susan Golden
Office of the US Trustee

Date: 9/23/2010

<u>SCHEDULE A-1</u>

Case number: 10-11416
Case name: Next Generation Technology, Inc.

**Fee period 3/18/2010 – 8/25/2010**

| APPLICANT | DATE/ / DOCUMENT NO. OF APPLICATION | FEES REQUESTED | FEES AWARDED | EXPENSES REQUESTED | EXPENSES AWARDED |
|---|---|---|---|---|---|
| DWYER & ASSOCIATES LLC | 8/26/2010 - DOC NO 26 | $20,778.50 | $20,778.50 | $237.31 | $237.31 |

**Dated: 9/30/2010**          Initials: *<u>JMP</u>*, USBJ